445 A.2d 221

Commonwealth v. Canty, Appellant.

Submitted January 26, 1982. Michael J. Byrne, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgments of sentence affirmed.

POPOVICH, J., filed a memorandum dissenting statement.